IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR I. MURPHY, JR., IRA, Derivatively on Behalf of SPRINT NEXTEL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY D. FORSEE, PAUL N. SALEH, WILLIAM G. ARENDT, ROBERT R. BENNETT, JAMES H. HANCE, JR., IRVINE O. HOCKADAY, JR., GORDON M. BETHUNE, LARRY C. GLASSCOCK, DANIEL R. HESSE, V. JANET HILL, RODNEY O'NEAL, KEITH J. BANE, LINDA K. LORIMER, WILLIAM E. KENNARD and WILLIAM H. SWANSON<br><br>    Defendants,<br><br>-and-<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>    Nominal Defendant. | CASE NO.<br>2:09-cv-02242-EFM-KMH |

## SUGGESTION OF DEATH

Kent D. Murphy, Executor of the Estate of Arthur I. Murphy, Jr. and one of the beneficiaries / successors in interest of the Arthur I. Murphy I. Murphy, Jr., IRA, suggests upon the record, pursuant to applicable law, the death of Arthur I. Murphy, Jr. during the pendency of this action.

Dated: March _1_, 2012
       Kansas City, MO

*/s/ Michelle B. O'Neal*

---

Michelle B. O'Neal, Esquire
moneal@h-law.com
Kansas Bar No.: 18701
**The Hershewe Law Firm, P.C.**
431 South Virginia Avenue
Joplin, MO 64801
Telephone: (417) 782-3790
Fax: (417) 782-8482

Alfred G. Yates, Jr., Esquire
Gerald L. Rutledge, Esquire
**Law Office of Alfred G. Yates Jr., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Fax: (412) 471-1033
Email: yateslaw@aol.com

*Attorneys for Plaintiff*